Michael Shawn BARNES

v.

STATE

CR-13-1567

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Michael Shawn BARNES

v.

STATE

CR-13-1568

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Jesus A. ROJAS-ALBA

v.

CITY OF HUNTSVILLE

CR-13-1571

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Dejuan SIGLER

v.

STATE

CR-13-1573

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/20/2015

Affirmed

L.M.

v.

STATE

CR-13-1574

Court of Criminal Appeals of Alabama.

01/09/2015

Reh. denied

